Exhibit 1

# United States of America

## United States Patent and Trademark Office

# PIT VIPER

**Reg. No. 6,363,262**

**Registered May 25, 2021**

**Int. Cl.: 14, 16, 18, 21, 24, 25, 26, 28**

**Trademark**

**Principal Register**

Pit Viper, LLC  (UTAH LIMITED LIABILITY COMPANY)
159 W. Haven Avenue
Salt Lake City, UTAH 84115

CLASS 14: Ornamental lapel pins; Tie pins

FIRST USE 10-00-2012; IN COMMERCE 10-00-2012

CLASS 16: Stickers; Decals; Bumper stickers

FIRST USE 10-00-2012; IN COMMERCE 10-00-2012

CLASS 18: Bum bags; Fanny packs; Waist packs

FIRST USE 10-00-2012; IN COMMERCE 10-00-2012

CLASS 21: Insulating sleeve holders for beverage cans; Eyeglass cleaning cloths; Plastic water bottles sold empty

FIRST USE 10-00-2012; IN COMMERCE 10-00-2012

CLASS 24: Beach towels; Towels; Fabric flags

FIRST USE 10-00-2012; IN COMMERCE 10-00-2012

CLASS 25: Socks; Athletic shirts; Belts; Bikinis; Hats; Headbands; Pants; Shirts and short-sleeved shirts; Short-sleeved or long-sleeved t-shirts; Shorts; Sweatshirts; Baseball caps; Bicycle gloves; Cycling shorts; Outdoor gloves; Outer jackets

FIRST USE 10-00-2012; IN COMMERCE 10-00-2012

CLASS 26: Hair scrunchies; Novelty buttons; Ornamental novelty badges; Ornamental novelty pins

FIRST USE 10-00-2012; IN COMMERCE 10-00-2012

CLASS 28: Snow skis

FIRST USE 10-00-2012; IN COMMERCE 10-00-2012

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO





Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office

ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 90-191,662, FILED 09-18-2020

# United States of America
## United States Patent and Trademark Office



**Reg. No. 6,363,259**

**Registered May 25, 2021**

**Int. Cl.: 14, 16, 18, 21, 24, 25, 26**

**Trademark**

**Principal Register**

Pit Viper, LLC  (UTAH LIMITED LIABILITY COMPANY)
159 W. Haven Avenue
Salt Lake City, UTAH 84115

CLASS 14: Ornamental lapel pins; Tie pins

FIRST USE 10-00-2012; IN COMMERCE 10-00-2012

CLASS 16: Stickers; Decals; Bumper stickers

FIRST USE 10-00-2012; IN COMMERCE 10-00-2012

CLASS 18: Bum bags; Fanny packs; Waist packs

FIRST USE 10-00-2012; IN COMMERCE 10-00-2012

CLASS 21: Insulating sleeve holders for beverage cans; Eyeglass cleaning cloths; Plastic water bottles sold empty

FIRST USE 10-00-2012; IN COMMERCE 10-00-2012

CLASS 24: Beach towels; Towels; Fabric flags

FIRST USE 10-00-2012; IN COMMERCE 10-00-2012

CLASS 25: Socks; Athletic shirts; Belts; Bikinis; Hats; Headbands; Pants; Shirts and short-sleeved shirts; Short-sleeved or long-sleeved t-shirts; Shorts; Sweatshirts; Baseball caps; Bicycle gloves; Cycling shorts; Outdoor gloves; Outer jackets

FIRST USE 10-00-2012; IN COMMERCE 10-00-2012

CLASS 26: Hair scrunchies; Novelty buttons; Ornamental novelty badges; Ornamental novelty pins

FIRST USE 10-00-2012; IN COMMERCE 10-00-2012

SER. NO. 90-191,651, FILED 09-18-2020





Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office



**Reg. No. 6,903,761**

**Registered Nov. 22, 2022**

**Int. Cl.: 9**

**Trademark**

**Principal Register**

Pit Viper, LLC  (UTAH LIMITED LIABILITY COMPANY)
159 W. Haven Avenue
Salt Lake City, UTAH 84115

CLASS 9: Eyewear; eyeglasses and sunglasses; eyewear frames; eyewear lenses

FIRST USE 10-00-2012; IN COMMERCE 10-00-2012

The mark consists of a three-dimensional configuration of eyewear with a horizontal bar placed at the top mid-point of the front of the spectacle lens in combination with a pair of small tabs at the corners of the front of the spectacle lens. The dotted lines outlining the lens are intended to show placement of the mark on the goods and are not part of the mark.

SEC.2(F)

SER. NO. 90-377,590, FILED 12-12-2020



*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office



**Reg. No. 6,903,760**

**Registered Nov. 22, 2022**

**Int. Cl.: 9**

**Trademark**

**Principal Register**

Pit Viper, LLC  (UTAH LIMITED LIABILITY COMPANY)
159 W. Haven Avenue
Salt Lake City, UTAH 84115

CLASS 9: Eyewear; eyeglasses and sunglasses; eyewear frames; eyewear lenses

FIRST USE 10-00-2012; IN COMMERCE 10-00-2012

The mark consists of a three-dimensional configuration of eyewear with a horizontal bar placed at the top mid-point of the front of a spectacle lens. The dotted lines outlining the lens are intended to show placement of the mark on the goods and are not part of the mark.

SEC.2(F)

SER. NO. 90-377,569, FILED 12-12-2020



*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# BRAPSTRAP

**Reg. No. 6,924,829**

**Registered Dec. 13, 2022**

**Int. Cl.: 9**

**Trademark**

**Principal Register**

Pit Viper, LLC  (UTAH LIMITED LIABILITY COMPANY)
159 W. Haven Avenue
Salt Lake City, UTAH 84115

CLASS 9: Eyewear; eyewear lenses

FIRST USE 3-23-2022; IN COMMERCE 3-23-2022

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 97-241,568, FILED 01-27-2022



*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office



# United States of America

## United States Patent and Trademark Office

# Flip-Offs

**Reg. No. 7,008,040**

**Registered Mar. 21, 2023**

**Int. Cl.: 9**

**Trademark**

**Principal Register**

Pit Viper, LLC  (UTAH LIMITED LIABILITY COMPANY)
159 W. Haven Avenue
Salt Lake City, UTAH 84115

CLASS 9: Eyewear; eyeglasses and sunglasses; eyewear frames

FIRST USE 9-13-2022; IN COMMERCE 9-13-2022

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 97-241,622, FILED 01-27-2022



Katherine Kelly Vidal

Director of the United States
Patent and Trademark Office



# United States of America

## United States Patent and Trademark Office

# Lift-Offs

**Reg. No. 7,014,155**

**Registered Mar. 28, 2023**

**Int. Cl.: 9**

**Trademark**

**Principal Register**

Pit Viper, LLC (UTAH LIMITED LIABILITY COMPANY)
159 W. Haven Avenue
Salt Lake City, UTAH 84115

CLASS 9: Eyewear; eyeglasses and sunglasses; eyewear frames

FIRST USE 9-13-2022; IN COMMERCE 9-13-2022

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 97-241,628, FILED 01-27-2022



*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office



# United States of America

## United States Patent and Trademark Office

# The Exciters

**Reg. No. 7,014,156**

**Registered Mar. 28, 2023**

**Int. Cl.: 9**

**Trademark**

**Principal Register**

Pit Viper, LLC  (UTAH LIMITED LIABILITY COMPANY)
159 W. Haven Avenue
Salt Lake City, UTAH 84115

CLASS 9: Eyewear; eyeglasses and sunglasses; eyewear frames

FIRST USE 12-8-2017; IN COMMERCE 12-8-2017

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 97-241,629, FILED 01-27-2022



*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office



# United States of America

## United States Patent and Trademark Office

# Double Wide

**Reg. No. 6,980,093**

**Registered Feb. 14, 2023**

**Int. Cl.: 9**

**Trademark**

**Principal Register**

Pit Viper, LLC  (UTAH LIMITED LIABILITY COMPANY)
159 W. Haven Avenue
Salt Lake City, UTAH 84115

CLASS 9: Eyewear; eyeglasses and sunglasses; eyewear frames; eyewear lenses

FIRST USE 1-00-2022; IN COMMERCE 1-00-2022

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 97-241,827, FILED 01-27-2022



*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office



# United States of America

## United States Patent and Trademark Office

# Full Turbo

**Reg. No. 6,995,695**
**Registered Mar. 07, 2023**
**Int. Cl.: 9**
**Trademark**
**Principal Register**

Pit Viper, LLC  (UTAH LIMITED LIABILITY COMPANY)
159 W. Haven Avenue
Salt Lake City, UTAH 84115

CLASS 9: Eyewear; eyeglasses and sunglasses; eyewear frames; eyewear lenses

FIRST USE 1-00-2022; IN COMMERCE 1-00-2022

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 97-241,834, FILED 01-27-2022



Katherine Kelly Vidal

Director of the United States
Patent and Trademark Office



# United States of America

## United States Patent and Trademark Office

# Single Wide

**Reg. No. 6,980,094**

**Registered Feb. 14, 2023**

**Int. Cl.: 9**

**Trademark**

**Principal Register**

Pit Viper, LLC  (UTAH LIMITED LIABILITY COMPANY)
159 W. Haven Avenue
Salt Lake City, UTAH 84115

CLASS 9: Eyewear; eyeglasses and sunglasses; eyewear frames; eyewear lenses

FIRST USE 1-00-2022; IN COMMERCE 1-00-2022

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 97-241,849, FILED 01-27-2022



Katherine Kelly Vidal

Director of the United States
Patent and Trademark Office



# United States of America

## United States Patent and Trademark Office

# The Miami Nights

**Reg. No. 6,995,697**

**Registered Mar. 07, 2023**

**Int. Cl.: 9**

**Trademark**

**Principal Register**

Pit Viper, LLC  (UTAH LIMITED LIABILITY COMPANY)
159 W. Haven Avenue
Salt Lake City, UTAH 84115

CLASS 9: Eyewear; eyeglasses and sunglasses; eyewear frames; eyewear lenses

FIRST USE 1-00-2022; IN COMMERCE 1-00-2022

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 97-241,858, FILED 01-27-2022



*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office



# United States of America

## United States Patent and Trademark Office

# The 1993

**Reg. No. 6,995,698**

**Registered Mar. 07, 2023**

**Int. Cl.: 9**

**Trademark**

**Principal Register**

Pit Viper, LLC  (UTAH LIMITED LIABILITY COMPANY)
159 W. Haven Avenue
Salt Lake City, UTAH 84115

CLASS 9: Eyewear; eyeglasses and sunglasses; eyewear frames; eyewear lenses

FIRST USE 1-00-2022; IN COMMERCE 1-00-2022

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 97-241,865, FILED 01-27-2022



*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office



# United States of America

## United States Patent and Trademark Office

## Demand Respect & Authority

**Reg. No. 7,078,584**

**Registered Jun. 13, 2023**

**Int. Cl.: 9, 35**

**Service Mark**

**Trademark**

**Principal Register**

Pit Viper, LLC  (UTAH LIMITED LIABILITY COMPANY)
159 W. Haven Avenue
Salt Lake City, UTAH 84115

CLASS 9: Eyewear; eyeglasses and sunglasses; eyewear frames; eyewear lenses

FIRST USE 1-00-2022; IN COMMERCE 1-00-2022

CLASS 35: Retail store services and on-line retail store services featuring eyewear, sunglasses, eyewear parts and accessories, apparel, footwear, headwear, athletic wear, swimwear, sports equipment and accessories, skis, bags, water bottles, insulated sleeves for beverages, beverage holders, flags of textiles, pennants, hair accessories, ornamental pins

FIRST USE 1-00-2022; IN COMMERCE 1-00-2022

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 97-241,734, FILED 01-27-2022

*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office



---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.